```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GICELA MARTINEZ CASIQUE and OSVALDO CELIS LOPEZ,

        Plaintiffs,

-against-

MARIA ARMENDARIZ, et al.,

        Defendants.

23-CV-07592 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge